2

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**JAMES ANDY COUNCIL**
**1025 RING ROAD**
**CARTHAGE, NC 28327**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**KIENUS BOULWARE**
**1322 CLARENDON ST**
**DURHAM, NC 27705**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**Clem Collins**
**322 Junction Rd. Unit 25C**
**Durham, NC 27703**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**Timothy Fox**
**2231 Glover Rd.**
**Durham, NC 27703**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER:

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

1:03CV00446

TO: (Name and Address of Defendant)

**Eric Grubaugh**
**7722 Circle Trail**
**Rougemont, NC 27572**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**Jimmy Smith**
**1923 S. Horner Blvd.**
**Sanford, NC 27330**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**Ian Taylor**
**3420 Balfour East**
**Durham, NC 27713**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**MARK TOMLINSON**
**2116 SNOWCREST TRAIL**
**DURHAM, NC 27707**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**ROSS ULMER**
**6035 WILKINS DR**
**DURHAM, NC 27705**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER: 1:03CV00446

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

TO: (Name and Address of Defendant)

**DARYL WATKINS**
**6005 RUSTIC WOOD LANE**
**DURHAM, NC 27713**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF NORTH CAROLINA

## SUMMONS IN A CIVIL CASE

**DIRECTV, Inc.,**

V.

CASE NUMBER:

**James Andy Council, Kienus Boulware, Clem Collins, Timothy Fox, Eric Grubaugh, Jimmy Smith, Ian Taylor, Mark Tomlinson, Ross Ulmer, Daryl Watkins, and Romana Wheeley**

1 03 CV00446

TO: (Name and Address of Defendant)

**ROMANA WHEELEY**
**4711 OAKWOOD STREET EXT**
**MEBANE, NC 27302**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Leslie C. O'Toole, Esq.**
**Brian J. Schoolman., Esq.**
**ELLIS & WINTERS LLP**
**Post Office Box 33550**
**Raleigh, North Carolina 27636**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.P. Creekmore
CLERK

May 20, 2003
DATE

BY DEPUTY CLERK